| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>George Vogt, Jr.<br>Herrig & Vogt, Llp<br>4210 Douglas Blvd<br>Ste. 100<br>Granite Bay, CA 95746<br><br>TELEPHONE NO.: (916) 960-1000    FAX NO.: (916) 960-1005<br>ATTORNEY FOR: Plaintiff Aaron Mounts | FOR COURT USE ONLY |
|---|---|
| US DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 501 I St., #4-200<br>MAILING ADDRESS: 501 I St., #4-200<br>CITY AND ZIP CODE: Sacramento, CA, 95814<br>BRANCH NAME: Sacramento Division | |
| PLAINTIFF: Aaron Mounts<br>DEFENDANT: Joseph Cassaday, et al. | CASE NUMBER:<br>2:16-CV-01544-JAM-GGH |
| PROOF OF SERVICE | Ref. No. or File No.:<br>160827 |

1. I am over 18 years of age and not a party to this action.

2. Received by OnDemand Legal, Inc. on 8/5/2016 at 12:11 pm to be served on **County Of Yuba, 915 8th St., Suite 109a, Marysville, CA 95901.**

3. served a **PUBLIC AGENCY** by delivering a true copy of the **Summons; Complaint; Civil Case Cover Sheet; Order Requiring Joint Status Report; Notice of Availability of A Magistrate Judge To Exercise Jurisdiction and Appeal Instructions; Order Re Filing Requirements For Cases Assigned To Judge Mendez; Notice of Availability Voluntary Dispute Resolution** with the date and hour of service endorsed thereon by me, to: **Rachel Ferris** as **Deputy Clerk** for **County Of Yuba** at the address of: **915 8th St., Suite 109a, Marysville, CA 95901** and informing said person of the contents therein.

4. Date and Time of service: 8/9/2016 at 8:29 am

5. I am an independent contractor of a registered California process server.

6. My name, address, telephone number, and, if applicable, county of registration and number are:

   Name: Steve Glaeser
   Firm: OnDemand Legal, Inc.
   Address: 901 F Street, Suite 110, Sacramento, CA 95814
   Telephone number: (916) 329-8630
   Registration Number: 2013-44
   County: Sacramento

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/9/16

Steve Glaeser
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 1

PROOF OF SERVICE                                    Job Number ODL-2016000020