GEORGE F. VOGT, JR. (State Bar #107310)
DAVID S. ALLARD (State Bar # 297762)
**HERRIG & VOGT, LLP**
4210 Douglas Boulevard, Suite 100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile: (916) 960-1005
Email: g.vogt@herrigvogt.com
      d.allard@herrigvogt.com

Attorneys for Plaintiff, AARON MOUNTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MOUNTS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF YUBA, and DOES 1 through 25 inclusive,<br><br>    Defendants. | CASE NO. 2:16-CV-01544-JAM-GGH<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

The parties to this action, acting through counsel, pursuant to Federal Rule Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 25, 2017                HERRIG & VOGT, LLP


                                          By: */s/ David S. Allard*
                                              GEORGE F. VOGT, JR.
                                              DAVID ALLARD
                                              Attorneys for Plaintiff AARON MOUNTS

Herrig & Vogt, LLP
Attorneys at Law
4210 Douglas Blvd., Ste. 100, Granite Bay, CA 95746-5902

Dated: August 30, 2017    WILLIAMS & ASSOCIATES

By: */s/ Martha M. Stringer*
   MARTHA M. STRINGER
   Attorneys for Defendant COUNTY OF YUBA

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 8/31/2017

/s/ John A. Mendez
John A. Mendez
Judge
United States District Court